**No. 10-7392. Solomon Smith, Petitioner v. United States.**

562 U.S. 1097, 131 S. Ct. 810, 178 L. Ed. 2d 542, 2010 U.S. LEXIS 9517.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.